1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

**FILED**

JUL 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   CR. NO.
                                  )
12                    Plaintiff,  )   2:12 - CR - 2 5 2 GEB
                                  )   ORDER
13       v.                       )
                                  )
14  JAMES A. MOLEN.,              )   **UNDER SEAL**
                                  )
15                                )
                    Defendant.    )
16  _____  )   **SEALED**

17

18

19       The Court hereby orders that the Indictment, the Arrest

20  Warrants, Petition to Seal, and this Order, in the above-referenced

21  case, shall be sealed until the defendant is arrested.

22  DATED: _July 12, 2012_

23

24

25  _____
    HONORABLE KENDALL J. NEWMAN
26  United States Magistrate Judge

27

28

                              1