```
                        FILED
                        July 17, 2012
                        CLERK, US DISTRICT COURT
                        EASTERN DISTRICT OF
                        CALIFORNIA
                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 2:12CR00252-GEB |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAMES O. MOLEN,  ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JAMES O. MOLEN  , Case No. 2:12CR00252-GEB  , Charge   18USC § 1521, 401; 26USC § 7212  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

**X**  Bail Posted in the Sum of $ _100,000.00_

    **X**  Unsecured Appearance Bond  *co-signed by Mr. Stedman*

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    ✔  (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 17, 2012  at  3:30 pm  .

By   /s/ Dale A. Drozd
    Dale A. Drozd
    United States Magistrate Judge

Copy 5 - Court