DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES O. MOLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-252 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO |
| v. | ) | SEPTEMBER 14, 2012, AT 9:00 A.M. |
| JAMES O. MOLEN, | ) | Date: August 10, 2012 |
|  | ) | Time: 9:00 a.m. |
|  | ) | Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |  |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for August 10, 2012, at 9:00 a.m., and reset it for September 14, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through September 14, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: August 2, 2012         Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ M. Petrik
                              _____
                              MICHAEL PETRIK, Jr.
                              Assistant Federal Defender
                              Attorneys JAMES O. MOLEN

Dated: August 2, 2012         BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ M. Petrik for M. Segal
                              _____
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 14, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 3, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge