DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 12-252 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO RESET MOTION HEARING ON |
| v. | ) JANUARY 11, 2013, AT 9:00 A.M., TOGETHER WITH BRIEFING SCHEDULE |
| JAMES O. MOLEN, | ) |
| Defendant. | ) Date: December 14, 2012<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Matthew D. Segal, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James O. Molen, that the Court should vacate the motion hearing scheduled for December 14, 2012, at 9:00 a.m., and reset it on January 11, 2013, at 9:00 a.m.

Counsel for the defense requires the continuance to prepare motions and confer with the defendant regarding the forthcoming motions and discovery the government has already produced.

Counsel agree that: the defendant will file motions on or before December 7, 2012; the government will respond on or before December 28, 2012; and the defendant may reply on or before January 4, 2013.

STIPULATION AND [PROPOSED] ORDER           1                           12-252 GEB

The parties further stipulate that the Court should exclude the period from the date of this order through January 11, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Molen's request for time to file motions outweighs the best interest of the public and Mr. Molen in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: November 8, 2012         Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

Dated: November 8, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER     2                            12-252 GEB

**ORDER**

**IT IS SO ORDERED.** The Court vacates the motion hearing on December 14, 2012, and resets it on January 11, 2013, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 11, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E).

Dated: November 14, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge