DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-252 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET MOTION HEARING ON JANUARY 18, 2013, AT 9:00 A.M., TOGETHER WITH BRIEFING SCHEDULE |
| v. | |
| JAMES O. MOLEN, | Date: January 11, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE, through counsel, Matthew D. Segal, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James O. Molen, that the Court should vacate the motion hearing scheduled for January 11, 2013, at 9:00 a.m., and reset it on January 18, 2013, at 9:00 a.m.

Counsel for the defense requires the continuance to prepare motions, and confer with the defendant regarding the forthcoming motions and discovery the government has produced to date.

Counsel agree that: the defendant will file motions on or before December 14, 2012; the government will respond on or before January 4, 2013; and the defendant may reply on or before January 11, 2013.

STIPULATION AND [PROPOSED] ORDER           1                    12-252 GEB

1  The parties further stipulate that the Court should exclude the
2 period from the date of this order through January 18, 2013, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Molen's request for time to file motions outweighs the best interest of
7 the public and Mr. Molen in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D)
10 (Local Code E).

11 Dated: December 10, 2012        Respectfully submitted,

12                                 DANIEL BRODERICK
                                   Federal Defender
13
                                   /s/ M.Petrik
14                                 _____
                                   MICHAEL PETRIK, Jr.
15                                 Assistant Federal Defender

16 Dated: December 10, 2012        BENJAMIN B. WAGNER
                                   United States Attorney
17
                                   /s/ M.Petrik for
18                                 _____
                                   MATTHEW D. SEGAL
19                                 Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER         2                    12-252 GEB

**ORDER**

**IT IS SO ORDERED.** The Court vacates the motion hearing on January 11, 2013, and resets it on January 18, 2013, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 18, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E).

Dated:  December 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge