```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    JAMES O. MOLEN
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-252 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO |
| v. | ) APRIL 26, 2013, AT 9:00 A.M. |
| JAMES O. MOLEN, | ) Date: March 1, 2013 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 1, 2013, at 9:00 a.m., and reset it for April 26, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client. Counsel also requires further time to investigate and prepare this case. Finally, counsel requires further time to assemble a mitigation package for the government's consideration.

The parties further stipulate that the Court should exclude the period from the date of this order through April 26, 2013, when it computes the time within which the trial of the above criminal

1

1 prosecution must commence for purposes of the Speedy Trial Act. The
2 parties stipulate that the ends of justice served by granting
3 defendant's request for a continuance outweigh the best interest of the
4 public and the defendant in a speedy trial, and that this is an
5 appropriate exclusion of time for defense preparation within the
6 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

7 Dated: February 28, 2013              Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys JAMES O. MOLEN

13 Dated: February 28, 2013              BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Matthew Segal
                                        _____
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 26, 2013, pursuant to 18 U.S.C. § 3161(h) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 1, 2013
                                        _____
                                        HON. GARLAND E. BURRELL, JR.
                                        United States District Judge

2