JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES O. MOLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES O. MOLEN,<br><br>　　　　Defendant. | Case No. CR. S-12-252 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO MAY 16, 2013, AT 9:30 A.M.<br><br>Date:　May 16, 2013<br>Time:　9:30 a.m.<br>Judge: Troy L. Nunley |

　　　THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for April 26, 2013, at 9:00 a.m., and reset it for May 16, 2013, at 9:30 a.m.

　　　Counsel for defendant requires further time to review discovery, to confer with client.  Counsel also requires further time to investigate and prepare this case.  Finally, counsel requires the Court to postpone the status conference because of office furloughs.

　　　The parties further stipulate that the Court should exclude the period from the date of this order through May 16, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: April 19, 2013        Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys JAMES O. MOLEN

Dated: April 19, 2013        BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Matthew Segal
_____
MATTHEW D. SEGAL
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on May 16, 2013, pursuant to 18 U.S.C. § 3161(h) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 19, 2013

_____
Troy L. Nunley
United States District Judge

2