UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES O. MOLLEN,<br><br>　　　　　　Defendant. | No.  2:12-CR-252 TLN<br><br><br>**ORDER** |

　　This matter is before the Court pursuant to Defendant James O. Mollen's ("Defendant") Notice of Medical Emergency (ECF No. 127) filed by Diona Bass.  The Notice alleges that Defendant is not receiving his medication or treatment for his diabetes.  Further, the Notice specifically alleges that Defendant has not received his prescribed insulin injections.  In response to Defendant's notice, the Sacramento County Sheriff's Department has provided the Court with records indicating that Defendant is in fact receiving his medication and has been seen by a medical professional while incarcerated.  Accordingly, the Court finds that Defendant's Notice requires no further action.

　　IT IS SO ORDERED.

Dated: June 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1