UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES O. MOLLEN,<br><br>　　　　　　Defendant. | No.  2:12-CR-252 TLN<br><br>**ORDER DENYING DEFENDANT'S REQUEST AND MOTION** |

This matter is before the Court pursuant to Defendant James O. Mollen's ("Defendant") request to appoint court runner (ECF No. 129) and motion for temporary release (ECF No. 130). The Court has considered Defendant's filings and hereby DENIES both Defendant's request to appoint court runner (ECF No. 129) and motion for temporary release (ECF No. 130).

　　　　IT IS SO ORDERED.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge

1