UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JAMES O. MOLEN,<br><br>          Defendant. | No.  2:12-cr-00252 TLN<br><br>**ORDER** |

On September 19, 2013, after a hearing pursuant to *Faretta v. Cal.*, 422 U.S. 806 (1975), Defendant James O. Molen ("Defendant") waived his right to counsel and the Court permitted Defendant to proceed in propria persona. (ECF No. 47.) On September 27, 2013, the Court appointed attorney J. Toney as standby counsel. (ECF No. 48.) By motion, on August 8, 2014, Defendant requested access to the law library in order to prepare objections to Defendant's presentencing report. (ECF No. 146.) Good cause appearing, the Court orders the Sacramento County Sheriff to provide Defendant law library access at reasonable times and manner consistent with the access provided to all other similarly situated inmates and consistent with any necessary

///

///

///

1

security precautions while Defendant is awaiting sentencing in this Court in the above-captioned action.[1]  The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

        IT IS SO ORDERED.

Dated: August 25, 2014

        Troy L. Nunley
        United States District Judge

---

[1] See, e.g., Order: County Jail Inmate Pro Per Status and Privileges, Super. Ct. of Cal., Cnty. of Sacramento CR/I-272 (Rev. 05.08.13) (on file at Super. Ct. of Cal.).