UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES O. MOLLEN,<br><br>　　　　　　Defendant. | No.  2:12-CR-252 TLN<br><br>**ORDER DENYING DEFENDANT'S MOTION** |

　　This matter is before the Court pursuant to Defendant James O. Mollen's ("Defendant") motion to avoid mandated financial statements (ECF No. 201). On November 20, 2014, this Court sentenced Defendant. In doing so, the Court adopted the special conditions set forth in the Presentence Report pages 19 and 20. Within those special conditions was the following language: "The defendant shall cooperate with the IRS in the determination and payment of any taxes which may be owed." (Presentence Report, ECF No. 154 at 20.) Defendant now asserts that this Court has not ordered him to comply with such requests. (ECF No. 201.) Defendant is incorrect. Defendant's motion (ECF No. 201) is DENIED, and Defendant is hereby ordered to comply with this Court's sentencing order.

　　IT IS SO ORDERED.

Dated:  March 11, 2015

　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1